Ramin R. Younessi (SBN 175020)
ryounessi@younessilaw.com
Samantha Ortiz (SBN 312503)
sortiz@younessilaw.com
Neda Tahoor (SBN 358772)
ntahoor@younessilaw.com
LAW OFFICES OF RAMIN R. YOUNESSI
A PROFESSIONAL LAW CORPORATION
3435 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90010
Telephone: (213) 480-6200

Attorney for Plaintiff
FALLON NICOLE LYTWYN

MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
john.battenfeld@morganlewis.com
Anahi Cruz, Bar No. 324326
anahi.cruz@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALLON NICOLE LYTWYN, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, a New York corporation; and does 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-CV-04995- MWF-JC<br><br>**[PROPOSED] ORDER TO SUBMIT PLAINTIFF'S INDIVIDUAL CLAIMS TO BINDING ARBITRATION, DISMISS CLASS ALLEGATIONS, AND STAY THE ACTION; REMAND TO STATE COURT**<br><br>Complaint served: May 2, 2025<br>Removal filed: June 2, 2025 |

**IT IS HEREBY ORDERED:** Pursuant to the Parties' Stipulation, the Agreement, attached to the Stipulation as **Exhibit A**, and good cause being shown, it is hereby ordered:

    1.    The Class claims are dismissed without prejudice pursuant to Rule 23(e) of the Federal Rules of Civil Procedure;

    2.    This action is remanded to State Court and all pending Federal Court dates are hereby vacated;

    3.    The Federal Court case is closed.

**IT IS SO ORDERED.**

DATED: _____

                                      MICHAEL W. FITZGERALD
                                      UNITED STATES DISTRICT JUDGE