1  Ramin R. Younessi (SBN 175020)
   ryounessi@younessilaw.com
2  Samantha Ortiz (SBN 312503)
   sortiz@younessilaw.com
3  Neda Tahoor (SBN 358772)
   ntahoor@younessilaw.com
4  LAW OFFICES OF RAMIN R. YOUNESSI
   A PROFESSIONAL LAW CORPORATION
5  3435 Wilshire Boulevard, Suite 2200
   Los Angeles, CA 90010
6  Telephone: (213) 480-6200

7  Attorney for Plaintiff
   FALLON NICOLE LYTWYN
8
9  MORGAN, LEWIS & BOCKIUS LLP
   John S. Battenfeld, Bar No. 119513
10 john.battenfeld@morganlewis.com
   Anahi Cruz, Bar No. 324326
11 anahi.cruz@morganlewis.com
   300 South Grand Avenue
12 Twenty-Second Floor
   Los Angeles, CA  90071-3132
13 Tel:   +1.213.612.2500
   Fax:   +1.213.612.2501
14
15 Attorneys for Defendant
   NEW YORK LIFE INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FALLON NICOLE LYTWYN, an individual, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, a New York corporation; and does 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:25-CV-04995- MWF-JC<br><br>**ORDER TO SUBMIT PLAINTIFF'S INDIVIDUAL CLAIMS TO BINDING ARBITRATION, DISMISS CLASS ALLEGATIONS, AND STAY THE ACTION; REMAND TO STATE COURT**<br><br>Complaint served: May 2, 2025<br>Removal filed: June 2, 2025 |

**IT IS HEREBY ORDERED:** Pursuant to the Parties' Stipulation, the Agreement, attached to the Stipulation as **Exhibit A**, and good cause being shown, it is hereby ordered:

1. The Class claims are dismissed without prejudice pursuant to Rule 23(e) of the Federal Rules of Civil Procedure;

2. This action is remanded to State Court and all pending Federal Court dates are hereby vacated;

3. The Federal Court case is closed.

**IT IS SO ORDERED.**

DATED: July 10, 2025

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE